John A. White, Appellant, v. Albert Vincent, Respondent.—Appeal dismissed, with costs, including ten dollars costs of motion, for failure to comply with order entered May second.

Hyman Finestone and Another, Appellants, v. Melvin Wiley, Respondent, Impleaded with Charles Hyman.— Judgment and orders affirmed, with costs. All concurred.

Frank G. Hanssel, Respondent, v. Johanna Jevins, Appellant.— Judgment affirmed, with costs. All concurred.

John McCauley, Appellant, v. Walter R. Stafford and Another, Respondents.— Judgment affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. The Board of Education of Union Free School District Number One of the Town of Moravia, etc., Appellant.— Judgment of conviction and order affirmed. All concurred.

Thomas E. Boyd, Respondent, v. Buffalo, Lockport and Rochester Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Philip Klumbach, Appellant, v. West End Brewing Company, Respondent.— Judgment affirmed, with costs. All concurred.

Frederick J. Ross, Appellant, v. A. A. Engle Lumber Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Peter Bernfeld, Respondent, v. John Jepson, Appellant.— Judgment and order affirmed, with costs. All concurred.

Louis L. Stone, Appellant, v. Eugene M. McMillan, Respondent.— Judgment and order affirmed, with costs. All concurred.

Dominick Sprada, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Lambert and Merrell, JJ., who dissented.

The District Nursing Association of Buffalo, New York, Appellant, v. Hazel M. Koerner, Respondent.— Judgment affirmed, with costs. All concurred; De Angelis, J., not sitting.

Adolph Zimmermann, Respondent, v. Henry Heller, Appellant, Impleaded with Another.— Judgment affirmed, with costs. All concurred.

William J. Maxwell, Respondent, v. Henry L. Marsh and Another, Appellants.— Judgment and order affirmed, with costs. All concurred, except Lambert, J., who dissented.

Gladys Warner, an Infant, etc., Respondent, v. Lillian B. Coleman, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict of the jury is against the weight of the evidence upon the question of defendant's negligence and in the finding that any negligence of the defendant was the proximate cause of the plaintiff's illness. All concurred.

Mary Lovas and Another, as Administrators, etc., Respondents, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented upon the ground that the verdict of the jury is against the weight of the evidence